IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| ADA ANGLEMEYER, et al., | : | CIVIL ACTION |
| Appellants | : | |
| v. | : | |
| CRAIG AMMONS, et al., | : | |
| Appellees | : | No. 22-2788 |

## UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Fed.R.App.P. 26(b) and 3d Cir. LAR 31.4, and for good cause, appellees, by their attorney, Claudia M. Tesoro, Sr. Deputy Attorney General, hereby move for a 30-day extension of time to file their brief in this matter. In support of this uncontested motion, appellees state:

1. After securing uncontested extensions of time to do so, appellants filed their brief and Appendix on January 25, 2023.

2. Pursuant to Fed.R.App.P. 26(a)(1)(C), 26(c) and 31(a)(1), appellees' response brief is therefore due on or before February 24, 2023.

3. Mindful that extensions of time are disfavored, appellees are nevertheless constrained to request an additional 30 days to file the appellees' response brief herein. An extension is needed because undersigned counsel (who was not

1

involved in this case in the district court) just completed and filed two appellate briefs in this Court and must complete and file a third one in a couple of days. These projects have prevented counsel from even beginning work on appellees' brief in the instant matter (let alone completing the brief) before the existing deadline.

    4.  On February 14, 2023, undersigned counsel emailed appellants' counsel, Brian J. Zeiger, to ask whether he would agree to appellees' planned extension request, and he immediately responded (via email), indicating that he had no problem with it.

    5.  Appellees have not previously requested any extension(s) of time in this matter. The extension now being sought is not made with any dilatory intent; will not result in any demonstrable prejudice to appellants; and should not cause the final disposition of this appeal to be delayed in any material way.

    WHEREFORE, appellees respectfully ask this Court to issue an order, granting them an extension until Monday, March 27, 2023,[1] within which to file

---

[1] The 30th day after the existing due date, February 24, 2023, falls on March 26, 2023, which is a Sunday.

their response brief and affording such further relief as may be just and proper.

          MICHELLE A. HENRY
          Acting Attorney General

By:  */s/ Claudia M. Tesoro*
      CLAUDIA M. TESORO
      Senior Deputy Attorney General

      J. BART DeLONE
      Chief Deputy Attorney General
      Chief, Appellate Litigation Section

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone:  (215) 560-2908
FAX:    (717) 772-4526

Date:  February 15, 2023

## CERTIFICATE OF SERVICE

I, Claudia M. Tesoro, hereby certify that the foregoing motion is being filed electronically, so the Notice of Docket Activity that is generated by the court's electronic filing system constitutes service of the filed document on any/all Filing User(s) involved in this case, including counsel for appellants.

/s/ *Claudia M. Tesoro*
CLAUDIA M. TESORO
Senior Deputy Attorney General

DATE:  February 15, 2023