9:00 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

TUESDAY, SEPTEMBER 12, 2023

Coram: JORDAN, BIBAS and PORTER, Circuit Judges

No. 22-2788

ADA ANGLEMEYER;
RICHARD C. ANGLEMEYER; et al.
Appellants
v.
CRAIG AMMONS;
BRIAN ATKINSON; et al.

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| CALEB KRUCKENBERG | CLAUDIA M. TESORO |
| (15 minutes per Court) | (15 minutes per Court) |

_____

No. 22-3162

ABDOULAI BAH,
Appellant
v.
UNITED STATES OF AMERICA

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| GABRIELLE BELZIL | LANDON Y. JONES III |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                           TUESDAY, SEPTEMBER 12, 2023

Coram: JORDAN, BIBAS and PORTER, Circuit Judges

No. 22-3211/ 22-3431

UNITED STATES OF AMERICA
v.
CARLOS VALLEJO,
Appellant in No. 22-3211

UNITED STATES OF AMERICA
v.
FRANCISCO MORALES,
Appellant in No. 22-3431

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| JULIE A. MCGRAIN | JANE M. DATTILO |
| (15 minutes per Court) | (15 minutes per Court) |

_____

S U B M I T T E D

No. 22-2629
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
LAWRENCE BUSH,
Appellant

_____

No. 22-3230
Pursuant to 3rd Cir. LAR 34.1(a)

SADDIE DEBISETTE GOMEZ,
Appellant
v.
SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY